# Exhibit A

# THREE DAY NOTICE

October 10, 2018
TO: LEVI PAUL HUEBNER – TENANT
ELIE POLTORAK – OCCUPANT
580 Crown Street, Apt. 701
Brooklyn, New York, 11213

Tenant of the above named premises:

**TAKE NOTICE**, that you are justly indebted to the Landlord of the above described premises in the sum of $4,250.00 for rent and additional rent of said premises from October 1, 2018 to October 31, 2018, which you are required to pay on or before ___OCT 15 2018___, 2018 a date following expiration of THREE (3) days from the service of this Notice, or surrender up the possession of said Premises to the Landlord, in default of which the Landlord will commence summary proceedings under the Statute to recover the possession thereof.

More specifically, this notice is based upon your failure to make timely rental payments to your landlord as follows:

**Arrears History: October 2018 $4,000.00:**
**Late Fees $50.00 October 2018**
**Legal Fees: $200.00**
**This balance due: $4,250.00**

Please be further advised that this notice is an attempt to collect a debt and any information obtained will be used for that purpose. The undersigned Landlord is your creditor and the above "Total Balance Due" is the debt. Unless you dispute the validity of the debt, or any portion thereof, within thirty days from receipt of this notice, the debt will be assumed to be valid by this office. If you notify this office, in writing, within the aforesaid thirty day period that the debt, or any portion of it, is disputed, this office will obtain verification of the debt (or a copy of a judgment against you if one has been entered), the same will be mailed to you. Additionally, if you so request in writing, within the aforesaid thirty day period, this office will provide you with the name and address of the original creditor if the original creditor is different from the current creditor. However, nothing contained in this paragraph will prevent the undersigned landlord from commencing summary proceedings under the Law should you fail to pay as demanded above.

**YUDA SILVERSTEIN**
**Landlord**

Nissan Shapiro Law P.C.
1402 Avenue J, Basement
Brooklyn, New York 11230
718 – 650-6052