UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
--------------------------------------------------------------------------------
LEVI HUEBNER
on behalf of himself and                              19-cv-05747 (ILG)(PK)
all other similarly situated consumers,

                                  Plaintiff,        **REQUEST FOR**
                                                                               **CERTIFICATE OF**
                                                                                **DEFAULT**

      -against-

NISSAN SHAPIRO LAW P.C.,

                                    Defendant.

--------------------------------------------------------------------------------
TO: DOUGLAS C. PALMER
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

Please enter the default of defendant NISSAN SHAPIRO LAW P.C.,

pursuant to Rule 55(a) of the Federal Rules of Civil Procedure for failure to plead or otherwise

defend this action as fully appears from the court file herein and from the attached affirmation of

Lawrence Katz.

                                                    _s/Lawrence Katz_____
                                                     Lawrence Katz, Esq.
                                                     70 East Sunrise Highway Suite 500
                                                     Valley Stream, New York 11581
                                                     Telephone  (516) 374-2118
                                                     Facsimile   (516) 544-8878