UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------------------------

| | |
|---|---|
| LEVI HUEBNER<br>on behalf of himself and<br>all other similarly situated consumers,<br><br>                                    Plaintiff,<br><br>    -against-<br><br>NISSAN SHAPIRO LAW P.C.,<br><br>                                    Defendant. | 19-cv-05747 (ILG)(PK)<br><br>**Affirmation in Support<br>of entry of Notation of<br><u>Default</u>** |

-------------------------------------------------------------------------------

Lawrence Katz affirms under the penalties of perjury as follows:

1. I am the attorney for the Plaintiff in this action.

2. This action was commenced pursuant to 15 U.S.C. 1692.

3. The time for defendant, Nissan Shapiro Law P.C., to answer or otherwise move with respect to the complaint herein has expired.

4. Defendant, Nissan Shapiro Law P.C. has not answered or otherwise moved with respect to the complaint, and the time for defendant to answer or otherwise move has not been extended.  Defendant was served on November 12, 2019 [ECF 7].

5. That defendant is a business entity.

6. Defendant is liable to the plaintiff by reason of its violating the Fair Debt Collections Practices Act.  The amount is not certain but must be determined by the court.

1

**WHEREFORE**, Plaintiff requests that the default of Defendant Nissan Shapiro Law P.C. be noted and a certificate of default issued.

Dated: Valley Stream, New York
       January 6, 2020

                                               _s/Lawrence Katz_____
                                               Lawrence Katz, Esq.
                                               70 East Sunrise Highway Suite 500
                                               Valley Stream, New York 11581
                                               Telephone  (516) 374-2118
                                               Facsimile   (516) 544-8878