UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------------------------
LEVI HUEBNER
on behalf of himself and                                    19-cv-05747 (ILG)(PK)
all other similarly situated consumers,

                                 Plaintiff,

                                          **CERTIFICATE OF**
                                          **<u>DEFAULT</u>**

        -against-

NISSAN SHAPIRO LAW P.C.,

                                 Defendant.

-------------------------------------------------------------------------------

       I, Douglas C. Palmer, Clerk of Court of the United States District Court for the Eastern District of New York, do hereby certify that the defendant NISSAN SHAPIRO LAW P.C. has not filed an answer or otherwise moved with respect to the complaint herein. The default of defendant NISSAN SHAPIRO LAW P.C., is hereby noted pursuant to Rule 55(a) of the Federal Rules of Civil Procedure.

Dated: Brooklyn, New York
          January _____, 2020

                                                  DOUGLAS C. PALMER, Clerk of Court


                                                  By: _____
                                                      Deputy Clerk

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------------------------
LEVI HUEBNER
on behalf of himself and                                              19-cv-05747 (ILG)(PK)
all other similarly situated consumers,

                                              Plaintiff,      **Affirmation in Support of entry of Notation of Default**

        -against-

NISSAN SHAPIRO LAW P.C.,

                                              Defendant.

-------------------------------------------------------------------------------

Lawrence Katz affirms under the penalties of perjury as follows:

1. I am the attorney for the plaintiff in this action.

2. This action was commenced pursuant to 15 U.S.C. 1692.

3. The time for defendant, Nissan Shapiro Law P.C., to answer or otherwise move with respect to the complaint herein has expired.

4. Defendant, Nissan Shapiro Law P.C. has not answered or otherwise moved with respect to the complaint, and the time for defendant to answer or otherwise move has not been extended.  Defendant was served on May 16, 2017.

5. That defendant is a business entity.

6. Defendant is liable to the plaintiff by reason of its violating the Fair Debt Collections Practices Act.  The amount is not certain but must be determined by the court.

2

**WHEREFORE**, Plaintiff requests that the default of Defendant Nissan Shapiro Law P.C. be noted and a certificate of default issued.

Dated: Valley Stream, New York
         January 6, 2020

_s/Lawrence Katz_____
Lawrence Katz, Esq.
70 East Sunrise Highway Suite 500
Valley Stream, New York 11581
Telephone  (516) 374-2118
Facsimile   (516) 544-8878