```
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
--------------------------------------x

  LEVI HUEBNER,

                    Plaintiff,             MEMORANDUM & ORDER
                                            19-CV-5747(EK)(PK)
            -against-

  NISSAN SHAPIRO LAW P.C.,

                    Defendant.

--------------------------------------x
```

ERIC KOMITEE, United States District Judge:

        The Court has received Magistrate Judge Peggy Kuo's Report and Recommendation ("R&R") dated March 11, 2022. ECF No. 31. Judge Kuo recommends that this Court grant Defendant's motion to vacate the entry of default. Neither party has filed objections, and the time to do so has expired. Accordingly, the Court reviews the recommendation for clear error on the face of the record. *See* Advisory Comm. Notes to Fed. R. Civ. P. 72(b); *accord* State *Farm Mut. Auto. Ins. Co. v. Grafman*, 968 F. Supp. 2d 480, 481 (E.D.N.Y. 2013).

Having reviewed the record, I find no clear error and therefore adopt the R&R in its entirety. Thus, I grant Defendant's motion to vacate the entry of default. The case will proceed accordingly. Defendant shall file an answer or otherwise respond to the complaint by April 12, 2022.

SO ORDERED.

/s/ Eric Komitee
ERIC KOMITEE
United States District Judge

Dated:   March 29, 2022
         Brooklyn, New York